MICHELE BECKWITH
Acting United States Attorney
NICHOLAS M. FOGG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:21-po-00052-CKD |
| | ) |
| Plaintiff, | ) [~~Proposed~~] ORDER TO DISMISS AND |
| | ) RECALL ABSTRACT |
| v. | ) |
| | ) |
| BRIANNA R. ABUNDIZ, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss without prejudice Case Number 2:21-po-00052-CKD is GRANTED.

It is further ordered that the abstract issued on February 18, 2021, is recalled.

IT IS SO ORDERED.

Dated: January 15, 2025

_____
HON. JEREMY D. PETERSON
United States Magistrate Judge

ORDER TO DISMISS & RECALL ABSTRACT          1          U.S. v. BRIANNA R. ABUNDIZ